No. 686. HOLLINS *v.* OKLAHOMA. On petition for writ of certiorari to the Criminal Court of Appeals of Oklahoma. April 1, 1935. The motion for leave to proceed *in forma pauperis* and petition for writ of certiorari

granted. *Messrs. Charles H. Houston* and *William L. Huston* for petitioner. *Mr. Mac Q. Williamson* for respondent.